## Vivian Helm, Appellee, v. Eli Kaplan and Faye Kaplan, Trading as Avenue Motor Sales, Appellants.

### Gen. No. 43,253.

Heard in the second division, first district, this court at the October term, 1944; opinion filed December 18, 1945; released for publication January 2, 1946. Hummer, Van Ness & Yowell, for appellants; John J. Yowell, of counsel; Clarence M. Dunagan, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.